Nathan R. Ring
Nevada State Bar No. 12078
Bradley C.W. Combs
Nevada State Bar No. 16391
Alex Velto
Nevada State Bar No. 14961
**REESE RING VELTO, PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: Nathan@RRVlawyers.com

Arthur J. Rooney (*pro hac vice application forthcoming*)
Perkins Coie LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Telephone: 1.312.324.8400
arooney@perkinscoie.com

*Attorneys for Defendants TTEC Services Corporation and TTEC Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAYSHAWN JENKINS et al., <br><br> Plaintiffs, <br><br> v. <br><br> TTEC SERVICES CORPORATION et al., <br><br> Defendants. | Case No. 2:25-cv-00958-GMN-NJK <br><br> **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (FIRST REQUEST) |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants TTEC Services Corporation ("TTEC Services") and TTEC Holdings, Inc. ("TTEC Holdings") respectfully move this Court to extend by 6 days and 7 days, respectively, the time by which Defendants must file an answer or otherwise respond to Plaintiff's Complaint. This is the Defendants' first request to extend this deadline. In support of this Motion, Defendants state as follows:

1. On May 30, 2025, Plaintiff filed this action asserting claims under NRS 608.016, NRS 608.018, NRS 608.020-050, and the Fair Labor Standards Act.

2. Defendant TTEC Holdings was served on June 24, 2025. Accordingly, Defendant TTEC Holdings' current deadline to answer or otherwise respond to the Complaint is July 15, 2025.

3. Defendant TTEC Services was served on June 25, 2025. Accordingly, Defendant TTEC Services' current deadline to answer or otherwise respond to the Complaint is July 16, 2025.

4. Defendants request a 6-day and 7-day extension of time, up to and including July 22, 2025, to answer or otherwise respond to the Complaint.

5. Defendants bring this motion in good faith and not for purposes of delay or any other purpose. Defendants' counsel was recently retained and requires an extension of time to further review the Complaint's allegations and prepare its response to the Complaint.

6. On July 15, 2025, Plaintiffs' counsel confirmed that Plaintiffs do not oppose the relief requested herein.

**WHEREFORE,** Defendants TTEC Services Corporation and TTEC Holdings, Inc. respectfully request that the Court grant this motion and extend the deadline to answer or otherwise respond to Plaintiffs' Complaint by 6 and 7 days, up to and including July 22, 2025.

Date: July 15, 2025

By: /s/ Nathan R. Ring
Nathan R. Ring
Reese Ring Velto PLLC
3100 West Charleston Boulevard, Ste. 208
Las Vegas, NV 89102
Telephone: +1.725.235.9750
nathan@rrvlawyers.com

Arthur J. Rooney (*pro hac vice application forthcoming*)
Perkins Coie LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Telephone: +1.312.324.8400
arooney@perkinscoie.com

*Attorneys for Defendants*

IT IS SO ORDERED.
Dated: July 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge