Rachel Mariner, NV Bar No. 16728
Jason Kuller, NV Bar No. 12244
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
rachel@rafiilaw.com
jason@rafiilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYSHAWN JENKINS AND CAMERON HICKMON, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>TTEC SERVICES CORPORATION, a domestic corporation; TTEC HOLDINGS, INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-00958-GMN-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL ARBITRATION AND DISMISS, TRANSFER, OR STAY CLAIMS PENDING ARBITRATION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs Rayshawn Jenkins, Cameron Hickmon shall have until August 14, 2025, to respond to Defendants Motion to Compel Arbitration. In addition, Defendants shall have an additional 9 days to reply. The parties are timely in their request. This request is made in good faith and not for the purpose of delay. Rather, it is requested to accommodate Plaintiffs' counsel other briefing and discovery responsibilities.

1
2
3
Dated this 5th day of August, 2025.

4  RAFII & ASSOCIATES, P.C.                      PERKINS COIE

5  */s/ Rachel Mariner*                          */s/ Arthur Rooney* **(w/permission)**
6  Rachel Mariner, NV Bar No. 16728              Arthur Rooney
   Jason Kuller, NV Bar No. 12244                110 North Wacker Drive, Suite 3400
7  Roberto Montes, Jr., CA Bar No. 159137        Chicago, IL 60606
   1120 N. Town Center Drive, Ste. 130
8  Las Vegas, Nevada 89144                       *Attorneys for Defendants*
                                                 *TTEC SERVICES CORPORATION AND*
9                                                *TTEC HOLDINGS, INC.*
   *Attorneys for Plaintiffs*
10 *RAYSHAWN    JENKINS    and    CAMERON*
   *HICKMON*
11
                              **ORDER**
12
13 **IT IS SO ORDERED.**
14
15 _____
16 **UNITED STATES COURT DISTRICT JUDGE**
17
               **Dated:** _____ August 6, 2025 _____
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES**