# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rayshawn Jenkins, et al., <br>    Plaintiff(s), <br>v. <br>TTEC Services Corporation, et al., <br>    Defendant(s). | Case No. 2:25-cv-00958-GMN-NJK <br>**Order** <br>[Docket No. 23] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to compel arbitration. Docket No. 23; *see also* Docket No. 13 (motion to compel arbitration). Plaintiff filed a response in opposition. Docket No. 27. Defendants filed a reply. Docket No. 29. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

A stay pending resolution of a motion to compel arbitration is warranted when it is potentially dispositive, it can be decided without discovery, and there is a reasonable possibility or probability that the district judge will compel arbitration. *Arik v. Meyers*, 2020 WL 515843, at *1-2 (D. Nev. Jan. 31, 2020) (citing *Shaughnessy v. Credit Acceptance Corp. of Nev.*, 2007 WL 9728688, at *2-3 (D. Nev. Nov. 28, 2007)). Courts frequently stay discovery pending resolution of a motion to compel arbitration. *See, e.g.*, *Mahamedi IP Law, LLP v. Paradice & Li, LLP*, 2017 WL 2727874, at *1 (N.D. Cal. Feb. 14, 2017) (collecting cases).

The circumstances here justify a stay of discovery. First, the motion to compel arbitration is potentially dispositive. *See Arik*, 2020 WL 515843, at *2. Second, although Plaintiffs also argue now that discovery is needed for resolution of the motion to compel arbitration, Docket No. 27, that is also an issue they raise in opposing the motion to compel arbitration itself, *see* Docket No. 17 at 8-9 n.2, 16. Hence, whether discovery will be needed is an issue that will be decided in conjunction with the motion to compel, and does not warrant denial of the motion to stay discovery. *Cf. Kabo Tools Co. v. Porauto Indus. Co.*, 2013 WL 12321307, at *1 (D. Nev. Apr. 15, 2013).

1

Third and finally, the Court finds that there is a reasonable possibility or probability that the district judge will compel arbitration.[1]

Accordingly, the motion to stay discovery is **GRANTED**. In the event the motion to compel arbitration is not granted, an amended joint proposed scheduling order must be filed within 14 days of resolution of the motion to compel arbitration.

IT IS SO ORDERED.

Dated: October 7, 2025

                                                                                        _____
                                                                                        Nancy J. Koppe
                                                                                       United States Magistrate Judge

---

[1] Conducting the preliminary peek can put a magistrate judge in an awkward position and is not intended to prejudice the outcome of the underlying motion. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). As such, the Court will not provide herein discussion of the merits of the motion to compel arbitration.